IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

2:26-cv-01614-DCN

| | |
|---|---|
| Accredited Surety and Casualty Company, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>El Alamo, LLC f/k/a El Chapin a/k/a El Alamo VIP and a/k/a El Alamo and Hadley Harkins,<br><br>Defendants. | CASE NO.: _____<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure Rule 7.1, undersigned counsel for the Plaintiff, Accredited Surety and Casualty Company, Inc., furnishes the following statement:

Accredited Surety and Casualty Company is a for-profit Florida corporation that has no parent corporation. No publicly held corporation owns 10% or more of any stock in this party.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ G. Robert DeLoach, III* _____
G. Robert DeLoach, III, S.C. Federal Bar No. 13252
1122 Lady Street, Suite No. 312
Columbia, SC 29201
(704) 302.1330
robert.deloach@wilsonelser.com
***Attorney for Plaintiff:***
***Accredited Surety and Casualty Company, Inc.***

April 17, 2026.

322032912v.1